Total Pages: 1

2010-52836
FILED
March 28, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003378398

**Prem N. Dhawan**
Bankruptcy Trustee
P.O. Box 965
Benicia, California 94510
Telephone: (707) 645-2899
Facsimile: (707) 747-5800

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### Sacramento Division

| | |
|---|---|
| In Re: | No. 10-52836-C-7 |
| RAUL A. MAGANA | DCN: PND-1 |
| DEBTOR (S) | DATE: N/A |
| | TIME: N/A |
| | DEPT: C |
| | COURTROOM: 35 |

## ORDER DISMISSING CHAPTER 7 CASE

Prem N. Dhawan, the Chapter 7 Trustee in the above-referenced case, filed the Motion to Dismiss for Failure to Appear at §341(a) Meeting of Creditors, and no opposition and/or Notice of opposition on the Trustee's Motion to Dismiss the case for Failure to Appear at §341(a) Meeting of Creditors having been filed, and good cause appearing therefore, the Court hereby grants the Trustee's Motion and the case is dismissed.

It is so ordered:

Dated: March 28, 2011

_____
United States Bankruptcy Judge

RECEIVED
March 28, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003378398